IN THE MATTER OF THE          *    IN THE
APPLICATION FOR RESIGNATION
OF MARGARET VAN EKEREN BIERWIRTH    *    COURT OF APPEALS
FOM THE PRACTICE OF LAW

                                       *    OF MARYLAND

                                       *    Misc. Docket AG No. 101

                                       *    September Term, 2019

## O R D E R

Upon consideration of the Application for Resignation from the Practice of Law of Margaret van Ekeren Bierwirth and the response of Bar Counsel filed in the above-captioned case, it is this 24th day of July, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the resignation of Margaret van Ekeren Bierwirth from the Bar of the State of Maryland is hereby accepted; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name Margaret van Ekeren Bierwirth from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.

                                               /s/ Mary Ellen Barbera
                                                    Chief Judge



Suzanne C. Johnson, Clerk